NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30130
16-NOV-2010
09:24 AM**

NO. 30130

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
SHANE KAUI, II, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0520)

ORDER APPROVING DEFENDANT-APPELLANT'S
STIPULATION FOR DISMISSAL OF APPEAL
(By: Reifurth, J. for the court[1])

Upon consideration of the Stipulation for Dismissal of the Appeal filed by Defendant-Appellant Shane Kealii Kaui, II, the papers in support, and the records and files herein, it appears that: (1) Appellant wishes to dismiss his appeal; and (2) Appellant's declaration shows that Appellant understands the consequences of dismissing his appeal and that the dismissal is voluntary. Therefore,

---

[1] Considered by: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.

IT IS HEREBY ORDERED that the Stipulation for Dismissal of the Appeal is approved, and this appeal is dismissed pursuant to Rule 42(c) of the Hawaiʻi Rules of Appellate Procedure.

DATED: Honolulu, Hawaiʻi, November 16, 2010.

FOR THE COURT:

Associate Judge